IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BEVERLY BEREN, BERNADETTE SEPRISH, PAHOUA LEE, AMY SORIANO, ANNE ROBINSON, SITA MONTI, JEAN REEVE, HARRIET PATTERSON, and ANDREA DUDA on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>RAYMOND JAMES FINANCIAL, INC. AND ALL RELATED SUBSIDIARIES, INCLUDING RAYMOND JAMES AND ASSOCIATES; RAYMOND JAMES FINANCIAL SERVICES, INC.; AND EAGLE ASSET MANAGEMENT,<br><br>    Defendants. | No. 8:08-CIV-802-T24TBM<br>Judge Susan C. Bucklew<br><br>**Jury Trial Demanded** |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated July 25, 2008 (Dkt. No. 25) staying this case until September 30, 2008, and the Court's extension of that stay until November 6, 2008 (Dkt. No. 28), Plaintiffs and Defendants hereby file their Joint Status Report on the progress of their mediations and negotiations.

Since the parties filed their Joint Motion for Stay of Proceedings in July 2008, they have engaged in six full days of mediation in this case: on August 5 and 6, 2008, in Tampa, Florida; on September 9, 2008 in Chicago, Illinois; on September 17 and 18, 2008, in Tampa, Florida; and on November 3 in Tampa, Florida. While these out-of-court proceedings have been productive, some issues remain unresolved. Accordingly, the parties are still working collectively to resolve these issues, and will update the Court

and/or file any appropriate stipulations of dismissal as they conclude such mediations and negotiations. The parties believe that they will conclude such mediations and negotiations within 7 days.

| STOWELL & FRIEDMAN, LTD.<br>BRIAN D. BUCKSTEIN, P.A.<br>Counsel for Plaintiffs | MORGAN, LEWIS & BOCKIUS LLP<br>Counsel for Defendants |
|---|---|
| /s/ Jennifer S. Gilbert<br>Linda D. Friedman<br>*Admitted Pro Hac Vice*<br>Email: lfriedman@sfltd.com<br>Jennifer S. Gilbert<br>*Admitted Pro Hac Vice*<br>Email: jgilbert@sfltd.com<br>**Stowell & Friedman, Ltd.**<br>321 S. Plymouth Court<br>Suite 1400<br>Chicago, Illinois 60604<br>Telephone: 312.431.0888<br>Facsimile: 312.431.0228<br><br>Brian D. Buckstein<br>**Brian D. Buckstein, P.A.**<br>2424 N. Federal Highway,<br>Suite 251<br>Boca Raton, FL 33431<br>(561) 368-4334 | /s/ Anne Marie Estevez<br>Anne Marie Estevez<br>Florida Bar No. 991694<br>*Email: aestevez@morganlewis.com*<br>Sharon A. Lisitzky<br>Florida Bar No. 382700<br>*Email: slisitzky@morganlewis.com*<br>Athalia E. Lujo<br>Florida Bar No.: 0028067<br>*Email: alujo@morganlewis.com*<br>**Morgan Lewis & Bockius LLP**<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131-2339<br>Telephone: 305.415.3330<br>Facsimile: 877.432.9652 |

**CERTIFICATE OF SERVICE**

      I, Jennifer S. Gilbert, an attorney, hereby certify that on November 6, 2008, I caused a true and correct copy of the *Joint Status Report* to be served via email, facsimile and/or by filing with the Court using ECF upon:

    Anne Marie Estevez: *aestevez@morganlewis.com*
    Sharon A. Lisitzky:  *slisitzky@morganlewis.com*
    Athalia E. Lujo:  *alujo@morganlewis.com*
    Morgan Lewis & Bockius  LLP
    5300 Wachovia Financial Center
    200 South Biscayne Boulevard
    Miami, Florida  33131-2339
    Fax: 305-415-3001
    E-Fax: 877-432-9652


                                          /s/   Jennifer S. Gilbert


    Linda D. Friedman
    Jennifer S. Gilbert
    **Stowell & Friedman, Ltd.**
    321 S. Plymouth Court
    Suite 1400
    Chicago, Illinois  60604
    (312) 431-0888